THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEROSA PALADINO HOLDING CORPORATION, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission of the State of New York, Respondents.

(Argued January 18, 1934; decided February 27, 1934.)

*Moses H. Rothman* for appellant.

*Russell D. Morrill* and *Francis L. Casey* for White and Case, *amici curiæ.*

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.